

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/AT                                         *271 Cadman Plaza East*
F. #2020R00228                                 *Brooklyn, New York 11201*

July 31, 2025

<u>By ECF</u>

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza Central Islip, NY 11722

      Re:    United States v. John C. Lowe, Jr., et al., 25 Civ. 260 (ARL)

Dear Judge Lindsay:

      The Government writes in connection with the Court's Orders dated March 18, 2025, May 21, 2025, and May 29, 2025 in the above-captioned case, staying the case until the conclusion of the parallel criminal matter pending in this District before Judge Diane Gujarati, United States v. Lowe et al., 25-CR-10 (DG) (the "Criminal Action"), and directing the Government to provide this Court with an update regarding the status of the Criminal Action by July 31, 2025.

      The Criminal Action has not yet concluded. The defendants in the Criminal Action have pleaded not guilty, plea discussions are ongoing, and a waiver of speedy trial was entered to exclude time until September 29, 2025. Accordingly, the Government respectfully submits that the Court's Order to stay the above captioned case until the conclusion of the Criminal Action remains in effect.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:      _____/s/_____
      Jessica K. Weigel
      Adam R. Toporovsky
      Assistant U.S. Attorneys
      (631) 715-7846